156 F.3d 1224
 Cornelius Cheeseboro
v.
David H. Larkins, Superintendent of Dallas State
Correctional Institution, Kenneth Burnett, Superintendent
Assistant (Inmate Grievance Coordinator), Richard Manley,
Institutional Record Office Supervisor, Richard Spaide,
Plaintiff's Institutional Counselor, William Ward, Chairman,
PA Board of Probation & Parole, Allen Castor, Pennsylvania
Board of Probation & Parole, Sean R. Ryan, Pennsylvania
Board of Probation & Parole,
 NO. 98-7131
 United States Court of Appeals,
Third Circuit.
 May 7, 1998
 Appeal From: M.D.Pa. ,No.97cv01527
 
 1
 Appeal Dismissed.